■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP HAWTHORNE, Appellant. [924 NYS2d 822]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chin-Brandt, J., at plea; Margulis, J., at sentence), rendered April 7, 2009, convicting him of use of a child in a sexual performance, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his claim that the agreed-upon sentence, which was, in fact, imposed, was excessive (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Benitez*, 84 AD3d 826,827 [2011]). Dillon, J.P., Covello, Balkin, Lott and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JOHNSON, Also Known as TITO GREENE, Appellant. [924 NYS2d 819]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 24, 2006 (*People v Johnson*, 33 AD3d 939 [2006]), affirming a judgment of the Supreme Court, Queens County, rendered January 22, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Dillon and Florio, JJ., concur.